| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (State Bar No. 143364)<br>TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234 / Facsimile: (310) 229-1244<br>Email: rb@lnbyg.com; tma@lnbyg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>GUARACHI WINE PARTNERS INC.,<br>a California corporation,<br><br>Debtor(s). | CASE NO.: 1:22-bk-10545-VK<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 10/13/2022 | **Time:** 2:00 pm |
|---|---|

**Location:** Courtroom 301, 21041 Burbank Boulevard, Woodland Hills, CA 91367 VIA ZOOMGOV

**Type of Sale:**  ☒ Public    ☐ Private        **Last date to file objections:** 10/12/2023

**Description of property to be sold:**
Wine inventory and brands and related IP [See Dkts. 125 & 137]

**Terms and conditions of sale:**
Free and clear of liens, claims, encumbrances; pay in full and close by October 17, 2022 [See Dkts. 125 & 137]

**Proposed sale price:** $430,080

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

Sale concluded, but see Dkts. 125 & 137.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date: October 13, 2022
Time: 2:00 p.m.
Place: Courtroom 301
21041 Burbank Boulevard
Woodland Hills, CA 91367
VIA ZOOMGOV

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Debtor's Attorneys: Levene, Neale, Bender, Yoo & Golubchik, L.L.P., Todd M. Arnold, 2818 La Cienega Avenue, Los Angeles, California 90034
Telephone: (310) 229-1234, Facsimile: (310) 229-1244, Email: tma@lnbyg.com

Date: 10/10/2022

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **October 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Ron Bender    rb@lnbyg.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com, C194@ecfcbis.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com
- Shane J Moses    smoses@foley.com, llanglois@foley.com;lanii-langlois-4514@ecf.pacerpro.com;swells@foley.com
- Eric A. Nyberg    e.nyberg@kornfieldlaw.com
- James V. Sansone    jsansone@cmprlaw.com, dmarshall@cmprlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **October 10, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 10, 2022 | Todd M. Arnold | /s/ Todd M. Arnold |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.